UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street
West Orange, N.J. 07052
973-325-8800
Sean O'Brien, Esq.
Attorneys for Secured Creditor The Bank of New York
Mellon fka The Bank of New York, as trustee for the
benefit of the Certificateholders of the CWHEQ Inc.

Order Filed on November 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **17-24890-MBK**

CHAPTER 13

Honorable Michael B. Kaplan

Hearing Date: 12/12/17 at 10:00 A.M.

In Re:
Carlos Vazquez and Maria Vazquez,
                                    Debtors

Recommended Local Form        _X_ Followed        ___ Modified

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the Certficateholders of the CWHEQ Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S3. |
| Secured Creditor's Counsel: | FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP |
| Debtors' Counsel: | Abelson Law Offices |
| Real Property: | 230 Spruce Lane, Forked River, New Jersey |

For good cause shown, it is **ORDERED** that Secured Creditor's Objection to Confirmation of Debtors' Chapter 13 Plan is resolved, subject to the following conditions:

1. Secured Creditor's Objection to Confirmation of Debtors' Chapter 13 Plan filed on August 4, 2017, is hereby withdrawn.

2. The Chapter 13 Debtors shall be allowed to pay off the balance of the Secured Creditor's claim past the maturity date of the loan with the final payment to be made consistent with the Debtors' final Plan payment, or July 1, 2022.

3. The interest rate of the subject loan shall remain fixed at 7.5% throughout the life of the Debtors' Plan.

4. Secured Creditor shall amend the Proof of Claim after entry of this Order to reflect that the balance of its claim shall be paid through the Debtors' Plan.

I hereby consent to form and entry.

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon<br><br>By: Sean O'Brien, Esq.<br>Dated: ~~October~~ , 2017<br>*November 20* | ABELSON LAW OFFICES<br><br>Attorneys for Chapter 13 Debtors<br>Carlos and Maria Vazquez<br><br>By: Michael Khalil, Esq.<br>Dated: ~~October~~ , 2017<br>*November 17* |

2