UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street
West Orange, N.J. 07052
973-325-8800
Sean O'Brien, Esq.
Attorneys for Secured Creditor The Bank of New York
Mellon fka The Bank of New York, as trustee for the
benefit of the Certificateholders of the CWHEQ Inc.

In Re:
Carlos Vazquez and Maria Vazquez,
                      Debtors

Order Filed on November 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **17-24890-MBK**

CHAPTER 13

Honorable Michael B. Kaplan

Hearing Date: 12/12/17 at 10:00 A.M.

Recommended Local Form       _X_ Followed      ___ Modified

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 25, 2017**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | The Bank of New York Mellon fka The Bank of New York, as trustee for the benefit of the Certficateholders of the CWHEQ Inc., Home Equity Loan Asset-Backed Certificates, Series 2006-S3. |
| Secured Creditor's Counsel: | FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP |
| Debtors' Counsel: | Abelson Law Offices |
| Real Property: | 230 Spruce Lane, Forked River, New Jersey |

For good cause shown, it is **ORDERED** that Secured Creditor's Objection to Confirmation of Debtors' Chapter 13 Plan is resolved, subject to the following conditions:

1. Secured Creditor's Objection to Confirmation of Debtors' Chapter 13 Plan filed on August 4, 2017, is hereby withdrawn.

2. The Chapter 13 Debtors shall be allowed to pay off the balance of the Secured Creditor's claim past the maturity date of the loan with the final payment to be made consistent with the Debtors' final Plan payment, or July 1, 2022.

3. The interest rate of the subject loan shall remain fixed at 7.5% throughout the life of the Debtors' Plan.

4. Secured Creditor shall amend the Proof of Claim after entry of this Order to reflect that the balance of its claim shall be paid through the Debtors' Plan.

I hereby consent to form and entry.

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon<br><br>*[signature]*<br>By: Sean O'Brien, Esq.<br>Dated: ~~October~~ November 20, 2017 | ABELSON LAW OFFICES<br>Attorneys for Chapter 13 Debtors<br>Carlos and Maria Vazquez<br><br>*[signature]*<br>By: Michael Khalil, Esq.<br>Dated: ~~October~~ November 17, 2017 |

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24890-MBK
Carlos Vazquez                                                          Chapter 13
Maria Vazquez
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Nov 27, 2017
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2017.
db/jdb          +Carlos Vazquez,   Maria Vazquez,   230 Spruce Lane,   Forked River, NJ 08731-2735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2017 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor   AMERIHOME MORTGAGE COMPANY, LLC nj.bkecf@fedphe.com
      Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 sobrien@flwlaw.com
      Steven J. Abelson    on behalf of Joint Debtor Maria  Vazquez sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      Steven J. Abelson    on behalf of Debtor Carlos  Vazquez sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                   TOTAL: 7