**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carlos Vazquez<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0732<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maria Vazquez<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9757<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17-24890-MBK

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlos Vazquez                                         Maria Vazquez

<u>8/25/22</u>                                          **By the court:** <u>Michael B. Kaplan</u>
                                                                     United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 17-24890-MBK

Carlos Vazquez                                                                               Chapter 13

Maria Vazquez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Aug 25, 2022      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carlos Vazquez, Maria Vazquez, 230 Spruce Lane, Forked River, NJ 08731-2735 |
| cr | + | AMERIHOME MORTGAGE COMPANY, LLC, Phelan Hallinan &Schmieg, PC, 400 Fellowship Road, Suite 100, : Mt. Laurel, NJ 08054-3437 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 516959132 | + | Amerihome Mortgage Co./Cenlar, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 516959136 | + | Lendkey/Xcel FCU, 4445 Lake Forest Drive, Cincinnati, OH 45242-3739 |
| 517017171 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516959133 | + | EDI: BANKAMER.COM | Aug 26 2022 00:33:00 | Bank of America Home Loans, Correspondence Unit CA6-919-02-41, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 516959134 | + | EDI: CAPITALONE.COM | Aug 26 2022 00:33:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 516959135 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 20:44:24 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518840242 | | Email/Text: legaldivision@kheaa.com | Aug 25 2022 20:38:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518840243 | | Email/Text: legaldivision@kheaa.com | Aug 25 2022 20:38:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517124346 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 20:44:25 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519223694 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 25 2022 20:38:00 | Lakeview Loan Servicing, LLC, c/o/ Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing NJ, 08618, Lakeview Loan Servicing, LLC 08618-1430, c/o/ Cenlar FSB, Attn: Bk Dept. |
| 519223693 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 25 2022 20:38:00 | Lakeview Loan Servicing, LLC, c/o/ Cenlar FSB, Attn: Bk Dept., 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 519333046 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 20:38:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Mortgage, LLC d/b/a Mr. Coope, PO Box 619096, Dallas, TX 75261-9096 |
| 519333045 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 20:38:00 | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 516959137 | + | EDI: NAVIENTFKASMSERV.COM | Aug 26 2022 00:33:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 516965708 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 25 2022 20:38:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516959138 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 25 2022 20:38:00 | Nissan Motor Acceptance, P.O. Box 660360, Dallas, TX 75266-0360 |
| 517101116 | | EDI: PRA.COM | Aug 26 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516961008 | + | EDI: RMSC.COM | Aug 26 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517063646 | | EDI: BANKAMER.COM | Aug 26 2022 00:33:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bank of America, POB 31785, Tampa, FL 33631-3785 |
| 516959139 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 25 2022 20:38:00 | Toyota Financial Services, Bankruptcy Dept, P.O. Box 8026, Cedar Rapids, IA 52408 |
| 517055065 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 25 2022 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517199063 | | AMERIHOME MORTGAGE COMPANY, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022                  Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor LakeView Loan Servicing LLC ajennings@raslg.com |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 dmcdonough@flwlaw.com |
| Sean M. O'Brien | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S3 DMcDonough@flwlaw.com |
| Steven J. Abelson | on behalf of Joint Debtor Maria Vazquez sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Debtor Carlos Vazquez sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecf@powerskirn.com |
| William M. E. Powers, III | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC ecf@powerskirn.com |
| William M. E. Powers, III | on behalf of Creditor LakeView Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor LakeView Loan Servicing LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecf@powerskirn.com |

TOTAL: 14